# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 20-272-2** |
| | : | |
| **SHAMIR JOHNSON** | : | |

## ORDER

**AND NOW**, this 28th day of October 2020, upon considering Defendant Shamir Johnson's Motion to revoke pretrial detention and set conditions of release (ECF Doc. No. 16), United States' Responses (ECF Doc. Nos. 19, 23), following extensive oral argument, and for reasons in the accompanying Memorandum with Findings of Fact and Conclusions of Law, it is **ORDERED**:

1. Defendant's Motion to revoke (ECF Doc. No. 16) is **DENIED** without prejudice; and,

2. On or before **November 2, 2020,** the United States shall file a status memo not exceeding five pages addressing the parties' progress consistent with our October 2, 2020 Order (ECF Doc. No. 15).

_____
**KEARNEY, J.**